# United States Bankruptcy Court
## Middle District of Florida

In re: **Herbert L. Rollins, Yvonne Rollins**, Debtor(s)

Case No. _____
Chapter **7**

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, **Herbert L. Rollins and Yvonne Rollins**, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_/s/ Herbert L. Rollins_
Herbert L. Rollins
Signature of Debtor
or other declarant

_/s/ Yvonne Rollins_
Yvonne Rollins
Signature of Joint Debtor

### Verified Document(s):

| Description | Date Executed | Date Filed |
|---|---|---|
| VOLUNTARY PETITION | 11-01-04 | 11-01-04 |
| SCHEDULES A-J | 11-01-04 | 11-01-04 |
| STATEMENT OF FINANCIAL AFFAIRS | 11-01-04 | 11-01-04 |
| STATEMENT OF SOCIAL SECURITY NUMBERS | 11-01-04 | 11-01-04 |