IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In the Matter of

**Herbert L. Rollins**
**Yvonne Rollins**

Case No. **6::04-bk-11841-ABB**

CHAPTER 7

/

Debtors

## REPORT AND NOTICE OF TRUSTEE'S INTENTION TO ABANDON PROPERTY OF THE ESTATE

TO:    All interested parties on the attached list or listed below.

FROM:    Efrain Aponte, Trustee

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty (20) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Suite 950, Orlando, Florida 32801, and serve a copy on United States Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Fl 32801, and Efrain Aponte, Trustee, P.O.Box 916128, Longwood, Florida 32791-6128.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

PURSUANT TO SECTION 554, BANRUPTCY CODE, AND RULE 6007, NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF ALL RIGHT; TITLE AND INTEREST ON THE FOLLOWING DESCRIBED PROPERTY:

1998 Ford Taurus, vin# not available, collectively the "Property". The property is being abandoned for the following reasons: The property is subject to a lien, which is equal to, or greater value and there is no equity in said property for the estate, further administration of the property is burdensome to the estate.

DATED: January 04, 2005.

I HEREBY CERTIFY that a true copy of the foregoing was furnished, to all persons on the mailing matrix attached to the original filed in court.

/s/ Efrain Aponte
Efrain Aponte, Trustee
P.O.Box 916128
Longwood, Fl 32791-6128
Tel: 407-260-8268

| | | |
|---|---|---|
| Label Matrix for USBC<br>Middle District of Florida<br>Case 6:04-bk-11841-ABB<br>Sun Jan  2 09:57:10 EST 2005 | ABC Amega Inc.<br>Federal Express WMJ 2nds<br>Memphis, TN 38132 | American Home Patient<br>Pompano Bch Billing Center<br>P.O. Box 532612<br>Atlanta, GA 30353-2612 |
| Efrain Aponte<br>Post Office Box 916128<br>Longwood, FL 32791 | Associated Credit Services,<br>P.O. Box 9100<br>105B South St.<br>Hopkinton, MA 01748 | Associated Supply Co.<br>M.S. Connie Potenza<br>P.O. Box 94497<br>Las Vegas, NV 89193 |
| Associated Supply Co.<br>P.O. Box 94497<br>Las Vegas, NV 89193 | Belks<br>c/o Risk Management Altern.<br>P.O. Box 105236<br>Atlanta, GA 30348 | Bell South Small Business<br>Risk Management Alternatives<br>P.O.Box 105686<br>Atlanta, GA 30348 |
| Brevard Neurology Assoc.<br>Wasim Niaze, MD<br>111 Longwood Ave.<br>Rockledge, FL 32955-2827 | Brevard Neurology Associates<br>Assoc. Credit & Coll. Bureau<br>Rockledge, FL 32956-0855 | Neil J Buchalter<br>Buchalter Duggar & Kenkel PA<br>Post Office Box 5087<br>Titusville, FL 32783 |
| CRS Continental Recovery Sys<br>P.O. Box 1389<br>Simi Valley, CA 93062 | City Mortgage, Inc.<br>P.O. Box 7900<br>St. Louis, MO | Entuit<br>6220 Greenwich Dr.<br>San Diego, CA 92122-5988 |
| Fidelity Bank of Florida<br>P.O. Box 540-160<br>Merritt Island, FL 32952 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee, FL  32314-6668 | Ford Motor Credit<br>P.O. Box  830339<br>Birmingham, AL 35283 |
| M&G Signs, Inc.<br>Bruno-Cusamano-Motise-Tatagl<br>15701 Warbler Pl.<br>Tampa, FL 33624 | McCarthy, Burges & Wolff<br>AOL Yellow Pages<br>The MB&W Building<br>26000 Cannon Road<br>Bedford, OH 44146,  44146 | PBE Graphics<br>6533 S. Blvd. Ste 7<br>West Palm Beach, FL 33413-1774 |
| Retz & Baker, PA CPA<br>1415 South Washington Ave.<br>Titusville, FL 32780 | Rod Northcutt, Tax Collector<br>P.O. Box 429<br>Titusville, FL 32781 | Herbert L Rollins<br>2150 HR Lane<br>Cocoa, FL 32926 |
| Yvonne Rollins<br>2150 HR Lane<br>Cocoa, FL 32926 | S&S Leasing<br>6799 Atlantic Ave.<br>Cape Canaveral, FL 32920 | Steven Rollins<br>2450 Fanning St.<br>Satellite Beach, FL 32937 |
| Target<br>c/o Asset Acceptance LLC<br>P.O. Box 9063<br>Brandon, FL 33509-9063 | United States Trustee - ORL7<br>135 W. Central Blvd., Suite 620<br>Orlando, FL 32801 | Yellow Page Net<br>101 Convention Center Dr.<br>Ste 1001-02<br>Las Vegas, NV 89109 |